UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24263-MARTINEZ-BECERRA

JUAN DELGADO and all others
similarly-situated under 29 U.S.C. § 216(b),
    *Plaintiff*,

v.

DRIVE DEVELOPMENT GROUP LLC, a Florida
limited liability corporation, DRIVE DEVELOPMENT
LLC, a Florida limited liability corporation, a/k/a
"BIRD JACKSON", DRIVE CONSTRUCTION LLC,
a Florida limited liability corporation, DOUGLAS COX,
individually, and NICOLE PEARL, individually,
    *Defendants*.
_____/

**RENEWED JOINT MOTION FOR JUDICIAL APPROVAL
OF PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT
AND FOR DISMISSAL WITH PREJUDICE**

Plaintiff JUAN DELGADO, ("Plaintiff"), and Defendants, DRIVE DEVELOPMENT GROUP LLC, a Florida limited liability corporation, DRIVE DEVELOPMENT LLC, a Florida limited liability corporation, a/k/a "BIRD JACKSON", DRIVE CONSTRUCTION LLC, a Florida limited liability corporation, DOUGLAS COX, individually, and NICOLE PEARL, individually (collectively "Defendants"), (collectively, Plaintiff and Defendants are referred to as "Parties"), through respective undersigned counsel, hereby jointly request the Court to approve the Parties' confidential Settlement Agreement (the "Agreement") and dismiss this action with prejudice. In support of this Motion, the Parties state:

1. On October 16, 2020, Plaintiff filed his Verified Complaint against Defendants for alleged violations of federal wage provisions, including unpaid wages and retaliation, under the Fair Labor Standards Act ("FLSA") and the Florida Minimum Wage Act ("FMWA"). *D.E. 1.*

Case No. 1:20-cv-24263-MARTINEZ-BECERRA

2. Though Defendants have not yet answered the Verified Complaint,[1] Defendants deny all of Plaintiff's allegations, any inference of wrongdoing, and any liability to Plaintiff for any claims.

3. The Parties jointly negotiated the terms of the Agreement, which reflect a reasonable compromise of all disputed issues between the Parties, including disputes outside of the current pleading. The Agreement fairly and reasonably compromises and takes into account each Party's interest, benefits, and rights, pursuant to the criteria and policy considerations set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). The Agreement is attached as Exhibit A.

4. The Parties agree the Agreement is fair and reasonable with respect to Plaintiff's claims and fully compensates Plaintiff for all claims referenced in Paragraph 1. Finally, the Agreement resolves the Parties' bona fide disputes regarding Plaintiff's unpaid wage and separation claims and other disputed issues between the Parties referenced in Paragraph 3. The Parties assert that each side considered the cost of protracted litigation and each side's risk of winning or losing in reaching agreement.

5. At all relevant times, all Parties were represented by competent counsel with experience in this area of the law.

6. The Parties respectfully request that the Court enter an Order approving such Agreement and dismiss with prejudice all claims and causes of action asserted by Plaintiff arising out of the facts forming the subject matter of the above captioned proceeding.

**REST OF PAGE LEFT INTENTIONALLY BLANK.**

---

[1] Defendants' Motion to Dismiss the Verified Complaint, D.E. 11, was fully briefed since December 29, 2020.

Case No. 1:20-cv-24263-MARTINEZ-BECERRA

## **DISMISSAL OF LITIGATION**

WHEREFORE, the Parties hereby respectfully move for: 1) Approval of the Agreement; and 2) dismissal of this action with prejudice, and for such further relief the Court deems just and proper.

Date: March 26, 2021

Respectfully submitted,

*/s/ Tara E. Faenza*
Tara E. Faenza
Fla. Bar No. 106928
Navarro Attorneys at Law
66 West Flagler Street
Sixth Floor
Miami, FL 33130
Tel: (305) 424-2620
Fax: (305) 447-3787
Email: tara@nmbesq.com,
civil@nbmesq.com
*Attorneys for Plaintiff, Juan Delgado*

*/s/Jared W. Whaley*
Jared W. Whaley, FBN107774
Daniel F. Blonsky, FBN 972169
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive
Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261
jwhaley@coffeyburlington.com
dblonsky@coffeyburlington.com
groque@coffeyburlington.com
service@coffeyburlington.com
*Counsel for Drive Development Group, LLC, Drive Development LLC, Drive Construction LLC, Douglas Cox and Nicole Pearl*

Case No. 1:20-cv-24263-MARTINEZ-BECERRA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on March 26, 2021, on all counsel or parties of record on the Service List below.

                                     */s/ Tara E. Faenza*
                                     Tara E. Faenza

## SERVICE LIST

Tara E. Faenza
Fla. Bar No. 106928
Navarro Attorneys at Law
66 West Flagler Street
Sixth Floor
Miami, FL 33130
Tel: (305) 424-2620
Fax: (305) 447-3787
Email: tara@nmbesq.com, civil@nbmesq.com
*Attorneys for Plaintiff, Juan Delgado*


Jared W. Whaley, FBN107774
Daniel F. Blonsky, FBN 972169
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261
jwhaley@coffeyburlington.com
dblonsky@coffeyburlington.com
groque@coffeyburlington.com
service@coffeyburlington.com
*Counsel for Drive Development Group, LLC, Drive Development LLC, Drive Construction LLC, Douglas Cox and Nicole Pearl*