UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number:  20-24263-CIV-MARTINEZ-OTAZO-REYES

JUAN DELGADO and all others
similarly-situated under 29 U.S.C. § 216(b),

     Plaintiff,

vs.

DRIVE DEVELOPMENT GROUPLLC,a
Florida limited liability corporation, DRIVE
DEVELOPMENTLLC, a Florida limited
liability corporation, a/k/a "BIRD JACKSON",
DRIVE CONSTRUCTION LLC, a Florida
limited liability corporation, DOUGLAS COX,
individually, and NICOLE PEARL, individually,

     Defendants.

_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court on the Renewed Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice ("Motion") (DE 28). The parties filed a copy of the Settlement Agreement (the "Settlement Agreement") for the Court to review (DE 28-1).  After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the agreement represents a fair and reasonable resolution of a bona fide FLSA dispute.  Accordingly, it is hereby **ORDERED and ADJUDGED** that

1.     The parties' Motion is **GRANTED**.

2.     The parties' Settlement Agreement is hereby **APPROVED**.

3.      All claims asserted by Plaintiff in the above-captioned lawsuit against Defendants are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of March, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE